[No. 46026-2-II.   Division Two.   July 21, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL REUBEN HORST, *Appellant*.

*Affirmed* by unpublished opinion per Worswick, J., concurred in by Johanson, C.J., and Melnick, J.

[No. 46137-4-II.   Division Two.   July 21, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. DARYL C. REID, *Appellant*.

*Affirmed* by unpublished opinion per Maxa, J., concurred in by Lee and Sutton, JJ.

[No. 46200-1-II.   Division Two.   July 21, 2015.]

AMERICA'S CREDIT UNION, *Respondent*, v. COUNTRYWIDE HOME LOANS, INC., *Appellant*.

*Reversed in part* and *remanded with instructions* by unpublished opinion per Bjorgen, A.C.J., concurred in by Lee and Sutton, JJ.

[No. 46222-2-II.   Division Two.   July 21, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANK ANTHONY BARBARO, *Appellant*.

*Affirmed* by unpublished opinion per Melnick, J., concurred in by Johanson, C.J., and Bjorgen, J.